**Motions Granted and Abatement Order filed February 13, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00026-CR
NO. 14-17-00027-CR
_____

**EPOLITO LOZANO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause Nos. 75194 and 75195**

## ABATEMENT ORDER

In appeal 14-17-00026-CR, appellant appeals his convictions for aggravated assault and deadly conduct. In appeal 14-17-00027-CR, he appeals his convictions for aggravated assault, deadly conduct, and unlawful possession of a weapon. Appellant's appointed counsel filed a brief in which he concludes the appeals are wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). He has moved to withdraw as counsel in each case.

We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. By way of example, and without limitation, we observe the following:

The paragraph charging appellant with deadly conduct in the indictment underlying appeal 14-17-00026-CR is identical to that in the indictment underlying appeal 14-17-00027-CR. No motion to quash or other objection was lodged to the identical charges. Appellant pleaded guilty to and was convicted of those identical charges. No objection was lodged to appellant's being convicted twice and punished twice for one offense. The question arises whether appellant was provided ineffective assistance of counsel and, if so, whether it is apparent on the face of the record. The *Anders* brief does not address this issue.

Accordingly, we **GRANT** counsel's motion to withdraw, **ABATE** the appeals, and remand to the trial court with instructions to appoint other counsel and have supplemental clerk's records containing the appointment filed with the clerk of this court by **March 15, 2018**.

The appeals are abated, treated as closed cases, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the trial court's supplemental clerk's records are filed with this court.


PER CURIAM


Panel consists of Justices Busby, Brown, and Jewell.

2